1  Marc V. Kalagian
   Attorney at Law: 149034
2  ROHLFING & KALAGIAN, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rk_sslaw@speakeasy.net
5
   Attorneys for Plaintiff
6  Mr. Roberto Olide

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ROBERTO  OLIDE,                    ) Case No.: CV 08-4081 PLA
                                      )
12         Plaintiff,                 ) ORDER AWARDING EQUAL
                                      ) ACCESS TO JUSTICE ACT
13    vs.                             ) ATTORNEY FEES PURSUANT TO
                                      ) 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE, Commissioner    )
   of Social Security,                )
15                                    )
           Defendant                  )
16                                    )
                                      )
17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20 Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

21 the amount of $2,300.00, as authorized by 28 U.S.C. § 2412(d), subject to the

22 terms of the above-referenced Stipulation.

23

24 DATE:   July 2, 2009            _____/s/ - Paul L. Abrams_____
                                   THE HONORABLE PAUL L. ABRAMS
25                                 UNITED STATES MAGISTRATE JUDGE

26